# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| MARK A. CASSON | CIVIL ACTION NO. 18-1430 |
| | SECTION P |
| VERSUS | |
| | JUDGE TERRY A. DOUGHTY |
| OFFICER PRINE | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Mark A. Casson's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

MONROE, LOUISIANA, this 5th day of December, 2018.

TERRY DOUGHTY
UNITED STATES DISTRICT JUDGE